IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Gunn Jr, Bobby | Case Number: 06 B 12643 |
| | Judge: Wedoff, Eugene R |
| Printed: 11/25/08 | Filed: 10/4/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 4, 2008
Confirmed: November 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 22,012.00 | |
| Secured: | | 2,770.48 |
| Unsecured: | | 0.00 |
| Priority: | | 15,396.21 |
| Administrative: | | 1,326.00 |
| Trustee Fee: | | 1,148.31 |
| Other Funds: | | 1,371.00 |
| Totals: | 22,012.00 | 22,012.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Staver & Gainsberg P.C. | Administrative | 1,326.00 | 1,326.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Drive Financial Services | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 3,958.37 | 1,400.00 |
| 5. | Illinois Title Loans | Secured | 303.74 | 303.74 |
| 6. | CitiMortgage Inc | Secured | 29,134.17 | 1,066.74 |
| 7. | Internal Revenue Service | Priority | 25,282.25 | 13,391.04 |
| 8. | Illinois Dept of Revenue | Priority | 3,785.76 | 2,005.17 |
| 9. | DaimlerChrysler Financial | Unsecured | 250.01 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 4,644.89 | 0.00 |
| 11. | Illinois Dept of Revenue | Unsecured | 73.17 | 0.00 |
| 12. | Cook County Treasurer | Unsecured | 900.66 | 0.00 |
| 13. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 14. | TCF Bank | Unsecured | | No Claim Filed |
| 15. | Pay Day Loans | Unsecured | | No Claim Filed |
| 16. | Yale Insurance Agency | Unsecured | | No Claim Filed |
| 17. | First Payday Loan | Unsecured | | No Claim Filed |
| 18. | Pay Day Loan Store Of Illinois | Unsecured | | No Claim Filed |
| 19. | University Of Chicago Medical Center | Unsecured | | No Claim Filed |
| 20. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| 21. | DaimlerChrysler Servs North America | Unsecured | | No Claim Filed |
| 22. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 23. | Nicor Gas | Unsecured | | No Claim Filed |
| 24. | National Quick Cash | Unsecured | | No Claim Filed |
| | | | $ 69,659.02 | $ 19,492.69 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Gunn Jr, Bobby

Printed: 11/25/08

Case Number:  06 B 12643
Judge:  Wedoff, Eugene R
Filed:  10/4/06

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 141.82 |
| 5.4% | 702.56 |
| 6.5% | 303.93 |
|  | $ 1,148.31 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

